**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ellis James SMITH, Defendant—
Appellant.**

No. 04–6038.

United States Court of Appeals,
Fourth Circuit.

Submitted May 12, 2004.

Decided Oct. 21, 2004.

Ellis James Smith, Appellant pro se. Felice McConnell Corpening, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

PER CURIAM.

Ellis James Smith seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Smith has not made the requisite showing.* Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* After submitting his informal brief, Smith filed a Fed. R.App. P. 28(j) letter titled a "Motion to Amend/Supplement COA Memorandum" asking this Court to consider his case in light of the Supreme Court's recent holding in *Blakely v. Washington*, — U.S. —, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). However, *Blakely* has not been held by the Supreme Court to apply retroactively to cases on collateral review. Accordingly, we decline Smith's request to issue a certificate of appealability based on the *Blakely* decision.